Robert FIELDS, Petitioner–Appellant,

v.

Henry PONTON, Warden, Nottoway Correctional Center, Respondent–Appellee.

No. 14–7696.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 2, 2015.

Robert Fields, Appellant Pro Se.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Fields seeks to appeal the district court's order treating his "Motion to Vacate Void Judgment" as a successive 28 U.S.C. § 2254 (2012) petition and dismissing it on that basis. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Fields has not

**180**

*DISMISSED.*